**Sam Schmalhausen, appellant, v. Alex Goldstein, appellee. Gen. No. 28,881.**

Suit on notes. Defendant's plea of set-off allowed. Judgment for plaintiff on main question by confession allowed to stand as security. Appeal from the Superior Court of Cook county; the Hon. Benjamin F. Pope, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 14, 1924. Rehearing denied April 28, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Peden, Graydon, Kahn & Murphy, for appellant; Harry A. Kahn and Irving Goldstein, of counsel. Phillips, Mack & O'Bryan, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Mary Manthie, appellee, v. Ole Olson and Hannah Olson, appellants. Gen. No. 28,891.**

Compensation award for personal injuries by negligence. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 14, 1924. Rehearing denied April 28, 1924.

Ziv, Loomis & Silvertrust, for appellants. Gideon F. Lanaghen, for appellee; Walter S. Hull, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**Josephine Maksymowski, by her father and next friend, Fred Maksymowski, appellee, v. Mike Przybyla, appellant. Gen. No. 28,900.**

Suit for assault and battery. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. James S. Baldwin, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 14, 1924.

Joseph F. Elward, for appellant; S. B. McDonnell, of counsel. O'Brien, Rutledge & Hayes, for appellee; William B. O'Brien, of counsel.

Mr. Justice McSurely delivered the opinion of the court.